LEONARD LEON, Respondent, v. DEVERN B. BENDER, Appellant. — Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in an automobile negligence action. The order denies a motion for a new trial.) Present — Cunningham, P. J., Dowling, Harris, McCurn and Larkin, JJ.

UNITED STATES GUARANTEE COMPANY, Respondent, v. CORNING BUILDING COMPANY, INC., Appellant. — Order so far as appealed from affirmed, with ten dollars costs and disbursements. All concur. (The portion of the order appealed from strikes out certain defenses in the answer.) Present — Taylor, Dowling, Harris, McCurn and Larkin, JJ.

JOHN BORST, as Treasurer of Local No. 1425 International Longshoremen's Association, Boatmen, Warehousemen, Checkers and Winchmen, Appellant, v. NICHOLSON UNIVERSAL STEAMSHIP COMPANY, Respondent. — Judgment and order affirmed, with costs. All concur. (The judgment dismisses plaintiff's supplemental complaint on motion of defendant, in an action for damages for breach of labor contract. The order granted defendant's motion for summary judgment and directed dismissal of plaintiff's supplemental complaint.) Present — Taylor, Dowling, Harris and McCurn, JJ. [See post, p. 1045.]

FRANCES CORRIGAN, Appellant, v. ELWOOD CO., INC., Respondent.— Judgment affirmed, with costs. All concur. (The judgment dismisses the complaint in an action for damages for personal injuries sustained by plaintiff by reason of his falling down an inadequately lighted stairway in an apartment house.) Present — Taylor, Dowling, Harris, McCurn and Larkin, JJ.

MARGARET WALSH, Respondent, v. JAMES P. KEENAN, Appellant, et al., Defendants.— Judgment affirmed, with costs. All concur. (The judgment is for plaintiff in a bank account dispute.) Present — Cunningham, P. J., Taylor, Harris, McCurn and Larkin, JJ. [See post, p. 1038.]

HERBERT A. EDWARDS et al., Respondents, v. STEUBEN OIL COMPANY, INC., Appellant.— Judgment affirmed, with costs. New finding of fact made. All concur. (The judgment is for plaintiffs in an injunction action.) Present — Cunningham, P. J., Taylor, Harris, McCurn and Larkin, JJ. [See Edwards v. Steuben Oil Company, Inc., 264 App. Div. 983.] [See post, p. 1035.]

SOCONY-VACUUM OIL COMPANY, INC., Respondent, v. PENNSYLVANIA RAILROAD COMPANY, Appellant. — Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. [See ante, p. 804.] Present — Cunningham, P. J., Dowling, Harris and McCurn, JJ.

In the Matter of the Appointment of a MEMBER OF THE COMMITTEE ON CHARACTER AND FITNESS OF APPLICANTS FOR ADMISSION TO THE BAR FOR THE SEVENTH JUDICIAL DISTRICT. — Eugene J. Dwyer, Esq., of Rochester, is Appointed a Member of the Committee in place of James McCall, Esq., Deceased. Present — Cunningham, P. J., Taylor, Dowling, Harris and Larkin, JJ.